D+F

To: Mr. Reese
The court has not located a copy of the letter you reference.
s/Reena Raggi
USCJ 3/1/06

Date: February 20, 2006

To: Honorable Reena Raggi, U.S. Circuit Judge
U.S. Court of Appeals for the Second Circuit

Reply to: Christopher C. Reese-Thomas
Register No. 17878-083
P.O. Box 329002
Brooklyn, N.Y. 11232

Re: U.S. v. Reese, 92-CR-1001 (RR)

Dear Judge Raggi:

In April of 2000, a friend of mine name Shakia Williams wrote to Your Honor concerning my then-pending sentence. In the letter she advised you about a number of 911 calls I had placed which subsequently resulted in threats to my life.

The letter does not appear on the docket, and I'm writing to ask if you have any recollection of the letter.

Any assistance that you might be able to provide will be greatly appreciated. Your indulgence in this matter is also greatly appreciated.

Very Truly Yours,

[signature]